# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2489

_____

Charles Alexander/Ryahim,       *
      *
      Appellant,       *
      *
      *    Appeal from the United States
      v.       *    District Court for the Eastern
      *    District of Arkansas.
Daryl Gardner, Sgt., Varner Super    *
Max, ADC; Corcolis, CO-1, Varner    *    [UNPUBLISHED]
Super Max, ADC; Floyd Williams,    *
CO-1, Varner Super Max, ADC;    *
Michelle Rucker, CO-1, Varner    *
Super Max, ADC; Ransom Evans,    *
Lt., Varner Super Max, ADC; Tim    *
Moncrief, Assistant Warden, Varner    *
Super Max, ADC; Patricia Kelly,    *
Dr., Varner Super Max, ADC    *
(originally sued as Kelly); Tanyon    *
Norman, Nurse, Varner Super Max,    *
ADC (originally sued as Norman);    *
Jerry King, Nurse, Varner Super Max,    *
ADC (originally sued as King),    *
      *
      Appellees.       *

_____

Submitted: October 23, 2008
Filed: October 27, 2008

_____

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Charles Alexander/Ryahim appeals the district court's[1] adverse judgment entered upon a jury verdict in this 42 U.S.C. § 1983 action. On appeal, Ryahim unsuccessfully requested preparation of a transcript at government expense, and he has provided no justification for reconsideration of that decision. We therefore cannot review most of the evidentiary matters about which Ryahim complains involving such things as admission or exclusion of evidence, judicial bias, or the jury's verdict, see Fed. R. App. P. 10(b)(1) (discussing appellant's duty to order transcript); Schmid v. United Bhd. of Carpenters & Joiners, 827 F.2d 384, 385-86 (8th Cir. 1987) (per curiam) (where pro se appellant did not order trial transcript, this court could not review claims of judicial bias, evidentiary rulings, or sufficiency of evidence), and we find Ryahim's remaining arguments to be raised for the first time on appeal or meritless.

Accordingly, the judgment is affirmed, see 8th Cir. R. 47B, and the pending motions are denied.

_____

[1]The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).